# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00159-CR
## NO. 03-07-00160-CR

**Alexander Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NOS. 3020464 & D-1-DC-02-300616, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Alexander Johnson seeks to appeal from an adjudication of guilt (number 3020464) and an order revoking regular community supervision (number D-1-DC-02-300616). In both causes, sentence was imposed on December 19, 2006. In the absence of a timely motion for new trial, the deadline for perfecting appeal was January 18, 2007. Tex. R. App. P. 26.2(a)(1). Johnson's pro se notices of appeal were filed on February 20, 2007. Under the circumstances, we lack jurisdiction to dispose of the purported appeals in any manner other than by dismissing them for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeals are dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   April 5, 2007

Do Not Publish